No. 76–5074.  BURKE v. SUPREME COURT ET AL., *ante*, p. 888.  Petition for rehearing denied.

NOVEMBER 17, 1976

No. 76–639.  AMERICAN PAPER INSTITUTE, INC., ET AL. v. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.  C. A. D. C. Cir.  Certiorari dismissed under this Court's Rule 60.

NOVEMBER 19, 1976

No. 75–6992.  ROLDAN ET AL. v. MINTER ET AL.  Appeal from D. C. Mass.  Certiorari dismissed under this Court's Rule 60.